UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERRICK COOKS, | CASE NO. CV 09-5837-CAS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| FRANCISCO JACQUEZ, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 3/25/10 .

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\~7912541.wpd